United States District Court
Southern District of Texas
FILED

*TDH*

JAN 2 0 2006

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2006

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § | **CASE NO. L-05-CR-2502** |
| | § § | |
| **Juan Zapata Ordonez** | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on January 13, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 20 day of January,   2006.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE